**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

| | |
|---|---|
| JUAN A. GARCIA<br>Reg # 16710-074 | PETITIONER |
| v. No. 2:10CV00170-JLH-JTK | |
| T.C. OUTLAW, Warden,<br>FCI, Forrest City, Arkansas | RESPONDENT |

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 18th day of May, 2012.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE