**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

JUAN A. GARCIA                                                                    PETITIONER
Reg # 16710-074

v.                                        No. 2:10CV00170-JLH-JTK

T.C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                                                      RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED

and ADJUDGED that Petitioner's habeas petition is DISMISSED with prejudice.

SO ADJUDGED this 18th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE